800-21

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 21 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
_____DIVISION

CASE NO.   4:20-cv-00179-BRW-PSH

Jury Trial
yes ✓
NO ___

Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Shane Ashton Lonix
     ADC# 145216

     Address Cummins unit, P.O. Box 500, Grady, AR. 71644

     Name of plaintiff: _____
     ADC# _____

     Address_____

     Name of plaintiff: _____
     ADC# _____

     Address_____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: ~~Nurse, Doctor~~ Dana Haynes

     Position: Nurse, cheif medical practioner

     Place of employment: Cummins unit, P.O. Box 500, brady, AR. 71644

     Address: P.O. Box 500, Grady AR. 71644

     Name of defendant: Dr. Nunag

     Position: Doctor

     Place of Employment: Cummins unit

1

This case assigned to District Judge Wilson
and to Magistrate Judge Harris

Address: P.O. Box 500, Grady, AR. 71644

Name of defendant: Rory L. Griffin

Position: Deputy Director for Health & Correctional Services programs

Place of Employment: Central office

Address: 6814, Princeton Pike, Pine Bluff, AR. 71602

Name of defendant: Connie D. Cook

Position: ADC inmate Grievance Coordinator

Place of Employment: Grievance administrations ADC

Address: P.O. Box 8707, Pine Bluff, AR. 72201

Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous Lawsuits

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No _____

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: S.A.L. Lonix

Defendants: Dernitta Thomas

Court (if federal court, name the district; if state court, name the county):

2

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

CASE NO. ~~5:20cv00840~~

Jury Trial: ✓ Yes ☐ No
(Check One)

I.　　Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

　　A.　　Name of plaintiff: _Shane A. Lonix_
　　　　　ADC # _145216_

　　　　　Address: _Cummins unit, P.O. box 500, Grady, AR. 71644_

　　　　　Name of plaintiff: _____
　　　　　ADC # _____

　　　　　Address: _____

　　　　　Name of plaintiff: _____
　　　　　ADC # _____

　　　　　Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

　　B.　　Name of defendant: ~~Secretary Director~~ _ADC medical Administrations_

　　　　　Position: ~~~~ _ADC_

　　　　　Place of employment: _ADC administrations, Cummins unit, medical_

　　　　　Address: _Cummins, P.O. Box 500, Grady, AR, 71644_

　　　　　Name of defendant: _____

　　　　　Position: _____

-4-

Docket Number: _5:19 CV 00341 DPM JJV_

Name of judge to whom case was assigned: _Judge marshall_

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Still pending_

Approximate date of filing lawsuit: _10-31-19_

Approximate date of disposition: _____

IV.    Place of present confinement: _Cummins unit_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_S.K.L.  ✓_ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_    No _____

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _✓_    No _____

If not, why? _____

_____

VII.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. Do not give
any legal arguments or cite any cases or statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. (Use as much
space as you need.  Attach extra sheets if necessary.)

In 2018 sgt. Griffin had an liberate indifference towards, S.A.L. and entertained a harmful violent attack, violating my 8th amendment and violating my other rights as an inmate. The sgt. encouraged a harmful attack and the malicious Sadistic intent was used by sgt. Griffin through an inmate named Marcus johnson, "marlow" vs. S.A.L. because the sgt. failed to protect my living experience. I suffered re-constructive Right knee Surgery. which I'm still, Now, as of today suffering a sharp-like pain and a burning feeling because of doc Nunay's failure to send me to JRMC for better assestments. This pain is still existing 1 year and some months later from the failure of medical Staff. which I was charged over #3,000 for the incorrect surgery. I'm requesting a transfer to malvern unit for a medical assestment and treatment, which I was shipped away from by physical therpist Dr.. my knee is unable to bend without causing pain to me of the sharp pain feeling and it is unable to perform my walking ability without hurting. because of the lack of medical treatment, I feel that sharp pain as I walk daily. my phyisical body is without nurishment which can be cured by the use of the ensure drinking supplement. this grievance was void and unheard because of the lack of medical staff at cummins unit. This environment is hostel and unfit for my type of injury. my rights as an inmate has been violated and my paperwork has not been properly handled by cummins unit staff members. of ADC.

4

VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

Compensation of $20,000 dollars.

A possible scan, MRI scan for the correct surgery.

A transfer to Malvern unit.

the dismisal of Dr. Nunay, termination of employee

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___12th___ day of ___Febuary___, 20 _20_.

_____

_____
(Signature(s) of plaintiff(s)

5

10-7-19                              Medical grievance

I've requested the MRI scan over 4 months ago and I'm still on the waiting list. but yet I'm housed with another inmate. I was recently in a fight and it's going to keep happening because I can't protect myself like I need to. I'm asking that I be transfered or seen by the Dr. for the MRI scan to take place. as soon as possible. my life is at stake. and I'm severly injured, but yet I'm tested daily of physical abuse in cummins unit, I'm asking to be seen about this matter. if I can't see the date I'm supose to get the MRI scan done, then I at least need to be somewhere safe. for my lifes sake. A one man cell is fine with me. a fight is subject to break out at any given time.

10-17-19 step 2 - I'm still here at cummins. now I'm on another waiting list for surgery. how long will ADC punish me for being injured.

11-15-19 Step 3 - issue not resolved my knee is still injured the results is still holding up progress for my knee to be fixed. I was told the results was not yet and when it does get in it's gonna take more time for surgery.

IGTT430
3GD

Attachment VI

INMATE NAME: Lonix, Shane A.          ADC #: 145216          GRIEVANCE#:CU-19-01210

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On October 7, 2019, you grieved you had not received your MRI. You stated you requested to have an MRI over 4 months ago and are still on the waiting list. You stated you are requesting to be transferred or seen by the provider so your MRI can take place as soon as possible.

The Medical Department responded, "(655) You submitted a grievance on October 7, 2019, grieving you requested a MRI over four months ago but you were still on the waiting list. Your MRI consult was submitted July 16 and approved. It was scheduled, canceled and rescheduled numerous times but there is a lack of documentation of this being done per policy/procedure. Your procedure was completed October 17. Due to the lack of documentation and delays, your grievance is with merit but now resolved."

You appealed stating it has taken 5 to 6 months for your knee to begin healing. You state you have been waiting since October 17, 2019, for your MRI scan results. You state 30 days to file correct paperwork is obscene.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The Medical Department found your grievance with merit but resolved and their response stated that your MRI was completed on October 17, 2019.

The medical department properly addressed your complaint; therefore, this appeal is without merit.

_____          _____
Director                                                    Date          1/15/20

IGTT430                                    Page 1 of 1

*East /03*

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Lonix, Shane A.</u>       ADC #: <u>145216A</u>       GRIEVANCE #: <u>CU-19-01210</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(655) You submitted a grievance on October 7, 2019, grieving you requested a MRI over four months ago but you were still on the waiting list.</u>

<u>Your MRI consult was submitted July 16 and approved. It was scheduled, canceled and rescheduled numerous times but there is a lack of documentation of this being done per policy/procedure. Your procedure was completed October 17.</u>

<u>Due to the lack of documentation and delays, your grievance is with merit but now resolved.</u>

**Received**

DEC 0 2 2019

**Signature of Health Services
Administrator/Mental Health Supervisor or
Designee**

Deputy Director
Health & Correctional Programs    Regional Ombudsman       11/14/2019
                                  **Title**                      **Date**

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

it's taking time after time and it's now going on 5 and 6 months for my knee to being actually healed. more time even while I wait for the MRI scan results. and it's been since October 17. it's November 15. 30 days for fileing correct paperwork is obsene. this is discriminding because in the process of waiting, I cant not protect myself on one leg. And Im in a violent environment. Requesting a transfer? my 8th amendment has been violated.

11-15-19

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____ Cummins _____

Name _S.A.L. Lonix_

ADC# _145216_    Brks # _South-17_  Job Assignment _Unassigned_

FOR OFFICE USE ONLY

GRV. # CU-19-01210

Date Received: OCT 21 2019

GRV. Code # _____

CUMMINS UNIT
GRIEVANCE OFFICE

_10-7-19_ (Date) STEP ONE: Informal Resolution

_10-17-19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I'm still here at cummins unit, now I on another waiting list for surgery. how long will ADC punish me for being injured._

_11-15-19_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _issue not resolved, my knee's still injured. the results is still holding up progress for my knee to be fixed. I was told the results was not in and when it does get in it's gonna take more time for surgery._

Is this Grievance concerning (Medical) or Mental Health Services? _√_ If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I've requested the MRI scan over 4 months ago and I'm still on the waiting list. But yet I'm housed with another inmate... I was recently in a fight and it's going to keep happening because I can't protect myself like I need to. I'm asking that I been transferred or seen by the doctor for the MRI scan to take place ? as soon as possible. My life is at stake and I'm severely injured, but yet I'm tested daily of physical abuse in cummins unit, I'm asking to been seen about this matter. if I can't see the date I'm supose to get the MRI scan done, then I at least need to be somewhere safe, for my lifes sake. A one man cell is fine with me. A fight is subject to break out at any given time._

_____

_____

Received

DEC 02 2019

Deputy Director
Health & Correctional Programs

_Doctor - Nunag_

_____

_____

Inmate Signature [signature]    Date _10-7-19_

_**If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.**_

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _10-7-19_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _10/8/19_

_Sgt GJon R_    _94844_    _Sgt GJon R_    _10-7-19_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _There is an MRI Ordered. If needed you can put in another sick call. Brncccckin 10/14/19_

_10-17-19_    [signature] _10-19-19_

Staff Signature & Date Returned _[signature]_    Inmate Signature & Date Received

This form was received on _10/18/19_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _[signature]_    Date: _10/18/19_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

**RECEIVED**

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

OCT 2 3 2019

CUMMINS
MAILROOM

TO: Inmate  Lonix, Shane A.   ADC #:  145216A
FROM:  Cook, Connie D   TITLE:  ADC Inmate Grievance Coord
DATE:  10/21/2019   GRIEVANCE #:  CU-19-01210

Please be advised, I have received your Grievance dated 10/07/2019 on 10/21/2019 .
You should receive communication regarding the Grievance by 11/19/2019

Signature of ADC Inmate Grievance Coord

**Received**

DEC 0 2 2019

Deputy Director
Health & Correctional Programs

## CHECK ONE OF THE FOLLOWING

◯ This Grievance will be addressed by the Warden/Center Supervisor or designee.

⦿ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◯ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

◯ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◯ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

My body is weak and tired and my weight keeps dropping. I'm requesting the ensure drinking supplement? I have not recieved any communication regarding this matter.?

ADC#: 145216

11-21-19

Date

Inmate Signature

IGTT405                                                                          Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO:  Inmate  Lonix, Shane A.            ADC #:  145216A
FROM:  Griffin, Rory L                  TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  CU-19-01474   DATE:  01/06/2020

Please be advised, the appeal of your grievance dated
12/04/2019
was received in my office on this date  01/06/2020

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☑  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
   ☐  (a) Parole and/or Release matter
   ☐  (b) Transfer
   ☐  (c) Job Assignment unrelated to medical restriction
   ☐  (d) Disciplinary matter
   ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
   ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
   ☐  (a) Unit Level Grievance Form (Attachment 1)
   ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
   ☐  (c) Did not give reason for disagreement in space provided for appeal
   ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
   ☐  (e) Unsanitary form(s) or documents received
   ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Lonix, Shane A.                      ADC #:   145216A
FROM:  Cook, Connie D                             TITLE:   ADC Inmate Grievance Coord
DATE:   12/17/2019                                GRIEVANCE #:   CU-19-01474

Please be advised, I have received your Grievance dated 12/04/2019 on 12/17/2019 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

Received

JAN 0 6 2020

Deputy Director
Health & Correctional Programs

## CHECK ONE OF THE FOLLOWING

⊙ This Grievance will be addressed by the Warden/Center Supervisor or designee.

⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

⊙ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

⊙ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

⊙ This Grievance was REJECTED because it was either non-grievable ( (), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

what's time limit to medical treatment? my necessity has been violated because of the wait from 12-4-19 to 12-17-19. in which ADC took longer from the 19 day return. it took me 6 days to file my step 2 process. my step 3 process should be heard? it doesn't even state who recieved the step 2 this timely manner is void and unlawful. there's no signature of staff. for step 2? proc 3

_____          ADC#: 145216    12-19-19
Inmate Signature                                      Date

12-4-19

medical grievance

I'm sure my knee needs healed, right knee. Dr. nunas states theres nothing wrong, she made me walk, to find that out. I'm having extreme pain, it feels like it's poping in an out of joint/place. She states that my MRI ~~surgery~~ scan showed no direction to a healing process. meaning I need no re-contructive surgery. which I would like to have another MRI scan done.? the 1st MRI was inconclusive meaning the machine might have made a mistake. or messed up in some way. not my fault. or the dr. nunas might have messed up. again this is not my fault. if I can have or get done another MRI scan, then I can leave this issue alone.

12-16-19

Step 2 - no comment to protacal this unit is failing to provding the necessities of life. tort action - nure kensly witnerset

12-19-19

Step 3 - I'm injured because of staff members & there were no protacal pertaining the seriousness of this grievance. my 8th amendment is violated & 5th amendment

31M

*Reject Untimely*

Non-emergent No response required RMC

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _____Cummins_____

Name __S.A,L. Lonix__

ADC# __145216__  Brks # ~~E/16-3~~ Job Assignment __unassigned__

| FOR OFFICE USE ONLY |
|---|
| GRV. # CU-19-01474 |
| Date Received DEC 17 2019 |
| GRV. Code #: CUD |

__12-4-19__ (Date) STEP ONE:  Informal Resolution

__12-16-19__ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why; _no consent to protocol. this unit is failing to providing the necessities of life . tort action nurse mckensie witness_

__12-19-19__, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: _I'm injured because of staff members and there were no protacal pertaining the seriousness of this grievance. my 8th amendment is violated and 5th amendment_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): _I'm sure my knee needs healed, right knee. Doctor nurag States there's nothing wrong, she made me walk to find that out. I'm having extreme pain, it feels like it's poping in an out of joint/place. She states that my MRI scan showed no direction to a healing process, meaning I need no re-constructive surgery. Which, I would like to have another MRI scan done? the first MRI was inconclusive meaning the machine might have made a mistake or messed up in some way. not my fault. or the Doctor nurag might have messed up. again, this is not my fault. if I can have or get done another MRI scan, then I can leave this issue alone._

**Received**

**JAN 06 2020**

Deputy Director
Health & Correctional Programs

__Inmate Signature__ [signature]        __12-4-19__ Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __12-4-19__ (date), and determined to be **Step One** and/or an Emergency Grievance __NO__ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date __12-04-19__

__Sgt R. Pierre__    __106550__    [signature]    __12-21-19__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: _If still having continious pain need to follow protacal and place a sick call so this can be addressed ~~RMcClon~~ 12/7/19_

[signature] __B21029__    [signature] __12-10-19__
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on __12/16/19__ (date), pursuant to **Step Two**.  Is it an Emergency? __NO__ (Yes or (No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __12/16/19__

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15   CI www.acicatalog.com



Rory Griffin

Deputy Director of Health &
Correctional Programs

February 4, 2020

Lonix, Shane

ADC #145216

Mr. Lonix,

This letter is to acknowledge receipt of your Informal Resolution (white copy) dated
January 16, 2020 in my office. However, your document is being returned to you
because you failed to follow policy. Your submitted grievance was not processed
through the unit grievance office (no grievance number, date received). My office
cannot process grievances that have yet to be processed through the unit grievance
office. Therefore, I am returning your document. I encourage you to adhere to AD
19-34, Inmate Grievance Procedure in the future.

Sincerely,

Jacqueline Buterbaugh
Medical Grievance Coordinator

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _S.A.L. Lonix_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

ADC# _145216_    Brks # _16-311_    Job Assignment _unassigned_

_1-18-20_ (Date) STEP ONE: Informal Resolution

_1-22-20_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _there are many requests and one answer to the cane problem is correct, what about the medical assessment & treatment?_

_1-25-20_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _My knee deserves healing, being healed by malvern unit of a doctor who can perform surgery. Theres no need for me to keep suffering pain daily._

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _In 2018 Sgt. Griffin had a liberate indifference toward, S.A.L., and entertained a harmful violent act, violating my 8th amendment and violating my other rights as an inmate. The Sgt. encouraged a harmful attack and the malicious sadistic "intent" was used by Sgt. Griffin through an inmate named Marcus johnson, "marlow" for his street name vs. S.A.L. me, because the Sgt. failed to protect my living experience I suffered re-constructive surgery on my right knee which Im still, now, as of today suffering a sharp pain and a burning feeling because of Dr. Nunas's failure to send me to JRMC for better assesstments? this pain is still exsisting 1 year and some months later from the failure of medical staff, which I was charged over "3,000 dollars for the surgery. I'm requesting a transfer to malvern unit for a medical assessment and treatment? my knee is unable to bend without hurting of the sharp pain feeling and is unable to perform my walking ability without hurting because of the lack of medical treatment associate sharp pain. I feel that sharp pain as I walk daily. my physical body is without nurishment which the ensure drinking supplement works? which I don't have also? Dr. Nunas Feb. 2019-Surgery also requesting a single man cell? incident 12-0-2018-Sgt. Griffin or Lt._

Inmate Signature _[signature]_    FEB 0 4 2020    Date _1-17-20_

Deputy Director
Health & Correctional

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _1-16-20_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _[illegible]_    Date _1-16-20_

_Sgt. O. Odom_    _68909_    _Sgt. Odom_    _1-16-20_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _Per ADC policy you have 15 days from the accident to grieve. You are outside of your allotted time frame.    Baker 01/17/20_

_[signature]    1/23/2020_    _[signature]    1-22-20_
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _1-23-20_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _S. Smith_    Date: _1-23-20_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _1-23-20_

If forwarded, provide name of person receiving this form: _[signature]_    Date: _1-24-20_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

J.A.L. Lonix #145216
P.O. Box 500
Grady, AR. 71644

ED FROM
) C
IS/UNTD
) A
ORIGINAT

NEOPOST
02/20/2020
US POSTAGE $000.30⁰

ZIP 71644
041M11456638


ER
SA

Barn Swallow

Pro se clerk
600 W. Capitol Ave. Suite A-149
Little Rock, AR. 72201

7220133399 C041