**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHANE ASHTON LONIX**                                                      **PLAINTIFF**
**ADC #145216**

**v.**                              **No: 4:20-cv-00179 BRW-PSH**

**NUNAG,** *et al.*                                                        **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Lonix's Eighth Amendment claim against Dr. Nunag proceed and all other claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED, this 6th day of May, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE