**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHANE ASHTON LONIX**                                        **PLAINTIFF**
**ADC #145216**

**v.**                              **No: 4:20-cv-00179 PSH**

**LERIZZA NUNAG**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 14th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE